McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05 CR 00318 AWI |
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT |
| v. | ) | |
| NATHANIEL WILLIAM HELTON, | ) | |
| Defendant. | ) | |

The Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 12th day of September, 2005, that the indictment be unsealed and made public record.

IT IS SO ORDERED.

**Dated:   September 13, 2005**            **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE