DENNIS S. WAKS, #142581
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00318 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) HEARING; AND ORDER THEREON |
| v. | ) |
| NATHANIEL WILLIAM HELTON, | ) Date: January 23, 2006 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for January 17, 2006, may be continued to January 23, 2006, at 9:00 A.M.**

This continuance is at the request of defense counsel because she is the attorney assigned to the Magistrate Court in Yosemite and is scheduled to be in court there on January 17, 2006, the date now set for hearing in this instant case.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for continuity of counsel and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 13, 2006        By:   /s/ Ann H. Voris with consent of
                                     Dawrence W. Rice, Jr.
                                     DAWRENCE W. RICE, JR.
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

DENNIS S. WAKS
Acting Federal Public Defender

DATED: January 13, 2006        By:   /s/ Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     NATHANIEL WILLIAM HELTON

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 18, 2006**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE