DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:05-cr-00318 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| NATHANIEL WILLIAM HELTON, | ) ) | Date:   April 24, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |
| ——————————————— | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be

filed on or before March 24, 2006, responses shall be filed on or before April 7, 2006, replies shall be filed

on or before April 14, 2006, **and the hearing on motions now set for March 20, 2006, may be**

**continued to April 24, 2006, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and plea negotiations.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3    and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

4    3161(h)(8)(B)(i) and (iv).

5                                                                          McGREGOR W. SCOTT
                                                                           United States Attorney
6
                                                                           /s/ Ann H. Voris with consent of
7    DATED: February 27, 2006              By:           Dawrence W. Rice, Jr.
                                                                           DAWRENCE W. RICE, JR.
8                                                                          Assistant United States Attorney
                                                                           Attorney for Plaintiff
9

10                                                                         DANIEL J. BRODERICK
                                                                           Acting Federal Public Defender
11

12   DATED: February 27, 2006              By:       /s/ Ann H. Voris
                                                                           ANN H. VORIS
13                                                                         Assistant Federal Defender
                                                                           Attorneys for Defendant
14                                                                         NATHANIEL WILLIAM HELTON

15

16

17                                          **O R D E R**

18          **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

19   3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

20

21   IT IS SO ORDERED.

22   **Dated:    March 1, 2006**                   /s/ Anthony W. Ishii
     0m8i78                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
     Stipulation to Continue Motions Schedule and
     Hearing; and [Proposed] Order Thereon
                                          –2–