DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00318 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| NATHANIEL WILLIAM HELTON, | ) ) | Date: September 5, 2006 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before August 7, 2006, responses shall be filed on or before August 21, 2006, replies shall be filed on or before August 28, 2006, **and the hearing on motions now set for July 17, 2006, may be continued to September 5, 2006, at 9:00 A.M.**

The grounds for the continuance are further defense preparation because counsel received the materials from Stanislaus County while out of the country, and with other business was unable to complete timely motions.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 13, 2006 | By:  /s/ Ann H. Voris with consent of<br>       Dawrence W. Rice, Jr.<br>DAWRENCE W. RICE, JR.<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: July 13, 2006 | By:   /s/ Ann H. Voris<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NATHANIEL WILLIAM HELTON |

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 14, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon

-2-