DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00318 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | |
| NATHANIEL WILLIAM HELTON, | Date: November 13, 2006 |
| Defendant. | Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before October 13, 2006, responses shall be filed on or before October 27, 2006, replies shall be filed on or before November 2, 2006, **and the hearing on motions now set for October 23, 2006, may be continued to November 13, 2006, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and preparation of any appropriate motions on defendant's behalf..

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3   and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4   3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 26, 2006        By:    /s/ Ann H. Voris with consent of
                                         Dawrence W. Rice, Jr.
                                       DAWRENCE W. RICE, JR.
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender


DATED: September 26, 2006        By:    /s/ Ann H. Voris
                                       ANN H. VORIS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       NATHANIEL WILLIAM HELTON


# **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     September 27, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon
-2-