DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00318 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) | |
| NATHANIEL WILLIAM HELTON, | ) | Date: March 12, 2007 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before January 30, 2007, responses shall be filed on or before February 19, 2007, replies shall be filed on or before February 26, 2007, **and the hearing on motions now set for February 26, 2007, may be continued to March 12, 2007, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and preparation of any appropriate motions on defendant's behalf..

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 17, 2007  By:  /s/ Ann H. Voris with consent of
        Dawrence W. Rice, Jr.
        DAWRENCE W. RICE, JR.
        Assistant United States Attorney
        Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 17, 2007  By:   /s/ Ann H. Voris
        ANN H. VORIS
        Assistant Federal Defender
        Attorneys for Defendant
        NATHANIEL WILLIAM HELTON

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 19, 2007**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon
                    -2-