DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHANIEL WILLIAM HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00318 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| NATHANIEL WILLIAM HELTON, | ) ) | Date: April 23, 2007 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before March 13, 2007, responses shall be filed on or before April 2, 2007, replies shall be filed on or before April 9, 2007, **and the hearing on motions now set for March 12, 2007, may be continued to April 23, 2007, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and preparation of any appropriate motions on defendant's behalf..

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Ann H. Voris with consent of
DATED: February 21, 2007        By:        Dawrence W. Rice, Jr.
                                        DAWRENCE W. RICE, JR.
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED: February 21, 2007        By:       /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        NATHANIEL WILLIAM HELTON
```

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    February 23, 2007**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon