McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4031

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00318 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING MOTION HEARING FROM |
| v. | ) | June 11, 2007, TO June 18, |
| | ) | 2007. |
| NATHANIEL HELTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney for the Eastern District of California, and Dawrence W. Rice, Jr., Assistant U.S. Attorney, and defendant, Nathaniel Helton, by and through his counsel, Assistant Federal Defender Ann Voris, hereby STIPULATE and AGREE that the motion to suppress hearing, currently scheduled for June 11, 2007, at 1:30 p.m., be continued to June 18, 2007, at 1:30 p.m., because the prosecutor will be in San Francisco for oral argument on United States v. Everardo Ceja.  The government and defendant further stipulate and agree that time shall be excluded under the Speedy Trial Act through June 18th, due to the

1

defendant's pending motion.

DATED: June 4, 2007                                  Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                By/s/Dawrence W. Rice, Jr.
                                                    DAWRENCE W. RICE, JR.
                                                Assistant U.S. Attorney

DATED: June 4, 2007                                  /s/Francine Zepeda for Ann Voris
                                                ANN H. VORIS
                                                Assistant Federal Defender
                                                Counsel for Defendant

<u>ORDER</u>

IT IS ORDERED that the motion hearing, currently scheduled for June 11, 2007, at 1:30 p.m., be continued to June 18, 2007, at 1:30 p.m. Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and time is excluded under the Speedy Trial Act through June 18, 2007, due to the pendency of pretrial motions which have not yet been ruled on by the court.

**IT IS SO ORDERED.**

**Dated:   June 5, 2007**                                  /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE