McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4031

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00318 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING MOTION HEARING FROM |
| v. | ) | June 18, 2007, TO July 30, |
| | ) | 2007. |
| NATHANIEL HELTON, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney for the Eastern District of California, and Dawrence W. Rice, Jr., Assistant U.S. Attorney, and defendant, Nathaniel Helton, by and through his counsel, Assistant Federal Defender Ann Voris, hereby STIPULATE and AGREE that the motion to suppress hearing, currently scheduled for June 18, 2007, at 1:30 p.m., be continued to July 30, 2007, at 1:30 p.m., because Detective Richard Delgado, the witness needed for the hearing, will be gone on vacation from June 16th though June 24th.  Det. Delgado and the parties could be available on June 25th for the hearing, but the parties understand upon conferring

1

with the courtroom deputy that the court is not available on that date due to having to conduct hearings in a large number of other cases.  Accordingly, after having conferred with the courtroom deputy, the parties request that the hearing be rescheduled for July 30th at 1:30 p.m.  The government and defendant further stipulate and agree that time shall be excluded under the Speedy Trial Act through July 30th, due to the defendant's pending motion.

DATED: June 13, 2007                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By/s/Dawrence W. Rice, Jr.
                                           DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney


DATED: June 13, 2007                    /s/Ann Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Counsel for Defendant

<u>ORDER</u>

   IT IS ORDERED that the motion hearing, currently scheduled for June 18, 2007, at 1:30 p.m., be continued to July 30, 2007, at 1:30 p.m.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and time is excluded under the Speedy Trial Act through July 30, 2007, due to the pendency of pretrial motions which have not yet been ruled on by the court.


IT IS SO ORDERED.

**Dated:   June 15, 2007**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2